CJF12.16.19
MG USAO 2019R00436

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 DEC 19 PM 4:43

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY _LP_ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR-19-0608 |
| | * | |
| QUENTION PRICE, | * | (Carjacking, 18 U.S.C. § 2119(1); |
| | * | Use, Carry, Brandish, and Discharge |
| Defendant | * | a Firearm During and in Relation to |
| | * | a Crime of Violence, 18 U.S.C. |
| | * | § 924(c); Possession of a Firearm by a |
| | * | Prohibited Person, 18 U.S.C. |
| | * | § 922(g); Forfeiture, 18 U.S.C. |
| | * | § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Carjacking)

The Grand Jury for the District of Maryland charges that:

On or about June 15, 2019, in the District of Maryland, the defendant,

**QUENTION PRICE,**

by force, violence, and intimidation, and with the intent to cause death or serious bodily harm, did attempt to take from the person, E.A., and in the presence of E.A., a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit: a 2012 Honda Civic bearing Maryland tag number 2CB4226.

18 U.S.C. § 2119(1)

## COUNT TWO
**(Use, Carry, and Discharge a Firearm During and in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges that:

On or about June 15, 2019, in the District of Maryland, the defendant,

### QUENTION PRICE,

did knowingly and intentionally use, carry, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, as set forth in Count One of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)(iii)

## COUNT THREE
### (Carjacking)

The Grand Jury for the District of Maryland charges that:

On or about June 15, 2019, in the District of Maryland, the defendant,

**QUENTION PRICE,**

by force, violence, and intimidation, and with the intent to cause death or serious bodily injury, did take from the person, V.G., and in the presence of V.G., a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit: a 2003 BMW 325i bearing Maryland tag number 3CD6737.

18 U.S.C. § 2119(1)

## COUNT FOUR
**(Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges that:

On or about June 15, 2019, in the District of Maryland, the defendant,

**QUENTION PRICE,**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, as charged in Count Three of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)(ii)

## COUNT FIVE
**(Possession of a Firearm by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about June 15, 2019, in the District of Maryland, the defendant,

### QUENTION PRICE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Colt Python .357 Magnum revolver bearing serial number 61052E. The firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's convictions under Counts Two, Four, or Five of the Indictment.

2. As a result of the offenses alleged in Two, Four, or Five of this Indictment, the defendant,

## QUENTION PRICE,

shall forfeit to the United States the firearm involved in the commission of the offenses, to wit: a Colt Python .357 Magnum revolver bearing serial number 61052E.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Rule 32.2(a), Fed. R. Crim. P.

ROBERT K. HUR
United States Attorney

A TRUE BILL:

12/19/19
Foreperson

**SIGNATURE REDACTED**

Date